IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WALTER T. FLOURNOY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. AW 94-986 |
| SEAN O'KEEFE, Administrator, National Aeronautics and Space Administration, | : : | |
| Defendant. | : | |

. . .o0o. . .

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby STIPULATED and AGREED by and between the parties, Plaintiff Walter T. Flournoy and Defendant Sean O'Keefe, Administrator, National Aeronautics and Space Administration, that the COMPLAINT in the above-captioned action is DISMISSED WITH PREJUDICE, with each party bearing his own fees and costs.

|  |  Respectfully submitted, |
|---|---|
| KATOR, PARKS & WEISER, P.L.L.C. | John W. Sippel, Jr. |
| By _____ Michael J. Kator | Assistant U.S. Attorney |
| 1020 Nineteenth Street, N.W. | 6625 United States Courthouse |
| Washington, D.C. 20036 | 101 West Lombard Street |
| Tel:   (202) 898-4800 | Baltimore, MD 21201 |
| Fax:  (202) 289-1389 | Tel:   (410) 209-4807 |
| Counsel for Plaintiff | Counsel for Defendant |